Olsen et al., Appellants, *v.* Haverford Township.

Argued September 16, 1965. *Alexander A. DiSanti,* with him *Richard, Brian & DiSanti,* for appellants; *Raymond E. Larson,* for appellee.

Order and judgment affirmed.

WATKINS and FLOOD, JJ., absent.

Rutkowsky Unemployment Compensation Case.

Argued September 15, 1965. *Romwald Kenowski,* for claimant, appellant, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.